Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
Law Office of Kevin L. Hernandez
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Brandi M. Planet, Esq.
Nevada Bar No. 11710
Lex Domus Law
brandi@lexdomuslaw.com
T: (702) 340-9227
F: (702) 472-8605
brandi@lexdomuslaw.com
*Attorneys for Defendant Denefits, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KYM R. SECRIST, an individual;<br>Plaintiff;<br><br>v.<br><br>DENEFITS, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company,<br><br>Defendant. | Case No.: 2:20-cv-02204-GMN-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Complaint filed:    12/7/2020 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT

1    Plaintiff Kym R. Secrist ("Plaintiff") and Defendant Denefits, LLC ("Denefits"), by and
2    through their respective undersigned counsel, hereby submit this Stipulation for Extension of Time
3    to Respond to the Complaint, in light of the following facts:
4    **RECITALS**
5    Plaintiff initiated this matter by filing a Complaint in the United States District Court, District
6    of Nevada on December 7, 2020 against Denefits (ECF No. 1);
7    Denefits signed a waiver of service of summons form on January 6, 2021 (ECF No. 6);
8    Pursuant to Rule 4(d), Denefits' response to the Complaint is currently due on March 8, 2021;
9    Denefits recently lost a key member of its legal team due to COVID-19, and is in the process
10   of training a newly hired member of the team;
11   As a result of this tragedy, Denefits requires more time to investigate the allegations and
12   claims set forth in the Complaint;
13   The parties therefore agree to extend Denefits' time to respond to the Complaint by 21 days
14   to March 29, 2021, which will give Denefits time to investigate the allegations and claims set forth
15   in the Complaint and prepare a response as necessary;
16   This is the first stipulation for extension of time to respond to the Complaint filed by the
17   parties;
18   Therefore, there is good cause to extend Denefits' time to respond to the Complaint to March
19   29, 2021, because Denefits needs time to investigate the allegations and claims set forth in the
20   Complaint and prepare a response as necessary.
21   **STIPULATION**
22   **THEREFORE**, the parties, by and through their respective undersigned counsel, stipulate
23   and agree to the following, and respectfully request that the Court enter this stipulation as an order:
24   Denefits' deadline to respond to Plaintiff's Complaint is extended to Wednesday, March 29, 2021.
25   **SO STIPULATED.**
26   ///
27   ///
28   ///

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT

Dated:  March 3, 2021

LAW OFFICE OF KEVIN L. HERNANDEZ

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
*Attorney for Plaintiff*

LEX DOMUS LAW

By:  /s/ *Brandi M. Planet*
  Brandi M. Planet
  *Attorneys for Defendant Denefits, LLC*

**ORDER**

**IT IS SO ORDERED:**

DATED: March 4, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE